1 McGREGOR W. SCOTT
United States Attorney
2 SAM STEFANKI
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00118-KJM |
|---|---|
| Plaintiff, | STIPULATION REGARDING MARITAL PRIVILEGE BRIEFING; [~~PROPOSED~~] ORDER |
| v. | |
| IMAN DAILEY, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and Selena Dailey, by and through her counsel of record, hereby stipulate as follows:

1. On January 15, 2020, the government caused Ms. Dailey to be served with a subpoena to appear as a witness in a preliminary hearing in the above captioned matter to revoke Iman Dailey's (the "offender") supervised release. This preliminary hearing was originally set for January 17, 2020. (*See* ECF No. 36.)

2. Prior to the preliminary hearing on January 17, 2020, Ms. Dailey's counsel informed the government that Ms. Dailey intended to invoke the adverse spousal testimony privilege not to testify during the hearing.

3. The Court granted the parties' joint request for additional time to submit briefs on the contested issue of whether the Court could compel Ms. Dailey to testify during the preliminary hearing

1 despite her invocation of the adverse spousal testimony privilege. (ECF No. 42.) The Court also
2 continued the preliminary hearing for one week, to January 24, 2020. (ECF No. 42.)

3   4. On January 20, 2020, Ms. Dailey's counsel informed counsel for the government that Ms.
4 Dailey's mother had just tragically passed away.

5   5. The government does not wish to exacerbate Ms. Dailey's grief by moving to compel her
6 to testify during the preliminary hearing in her husband's supervised release revocation proceeding only
7 days following the death of her mother. Additionally, the government's position remains unchanged
8 that the evidence establishes probable cause to believe that the offender violated the terms of his
9 supervised release even if Ms. Dailey does not testify at the preliminary hearing. (*See* ECF No. 41.)

10   6. The government is prepared to proceed to a preliminary hearing on the supervised release
11 violation petition in this matter on January 24, 2020, and is not requesting a further continuance of that
12 hearing. The government reserves its right to move to compel Ms. Dailey to testify as a witness during
13 subsequent proceedings in this matter.

14   7. However, because the government will not call Ms. Dailey to testify at the preliminary
15 hearing set for January 24, 2020, the spousal testimony privilege issue that was to be briefed by the
16 government and Ms. Dailey is no longer ripe for the Court's consideration.

17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

8. Accordingly, by this stipulation and applicable only to the preliminary hearing in this matter currently set for January 24, 2020, the government and Ms. Dailey jointly request that the Court enter an order vacating the briefing schedule previously set by the Court. (*See* ECF No. 42.)

IT IS SO STIPULATED.

Dated: January 22, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ SAM STEFANKI
SAM STEFANKI
Assistant United States Attorney

Dated: January 22, 2020

/s/ CANDICE FIELDS
CANDICE FIELDS
Counsel for
SELENA DAILEY

### [PROPOSED] ORDER

The briefing schedule previously set by the Court (*see* ECF No. 42) is hereby VACATED. IT IS SO ORDERED this 23rd day of January, 2020.

THE HONORABLE EDMUND F. BRENNAN
CHIEF UNITED STATES MAGISTRATE JUDGE